United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-13952-elf
Barbara Nolan                                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: DonnaR              Page 1 of 1              Date Rcvd: Jul 23, 2019
                               Form ID: pdf900           Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2019.
db              +Barbara Nolan,     5922 Corrigan Road,     Doylestown, PA 18902-9464
14344959        +Citibank,    399 Park Avenue,    New York, NY 10022-4686
14344960        +JP Morgan Chase,     383 Madison Avenue,     New York City, NY 10017-3217
14355697        +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jul 24 2019 02:28:26     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2019 02:28:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 24 2019 02:28:25     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14344958        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 24 2019 02:36:51     Capital One,
                 1680 Capital One Drive,    McLean, VA 22102-3407
14355014        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 24 2019 02:36:52
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                          TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2019 at the address(es) listed below:
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                      TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Barbara Nolan | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-13952 |

ORDER

AND NOW, it is  ORDERED that since the debtor(s) have failed to

timely file the documents required by the order dated 07/10/2019, this case

is hereby DISMISSED.

**Date: July 23, 2019**

_____
ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:

Schedule AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities B106
Chapter 13 Statement of Current Monthly Income
Means Test Calculation Form

bfmisdoc elf (1/22/15)